UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
OCT 7, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

closed

Jerry Minton, et al.,

    Plaintiff,

v.

EarthTouch USA, LLC, et al.,

    Defendant.

2:19-cv-07881-VAP-KSx

# JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On October 2, 2018, this Court issued its Minute Order granting Defendant's Unopposed Motion to Dismiss. (Doc. No. 9). Accordingly, IT IS ORDERED AND ADJUDGED this action is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 10/7/19

Virginia A. Phillips
Chief United States District Judge